KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INDERJIT SINGH, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; <br><br> Defendant. | No. C 06-7422 PJH <br><br> **STIPULATION TO EXTEND DATES AND TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION; and [~~PROPOSED~~] ORDER** |

   Plaintiff, by and through his attorney of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about December 5, 2006.  Defendant's answer is currently due on February 5, 2007.  This case is scheduled for a hearing on Plaintiff's motion for preliminary injunction on February 14, 2007 at 9:00 a.m.

   2. The complaint alleges that Plaintiff's wife was not issued travel documents or forwarded a written notice explaining why the travel documents were denied relating to Plaintiff's approved Refugee Asylee Relative Petitions (Form I-730).

   3. Plaintiff's wife is scheduled for an interview with the U.S. Citizenship and Immigration Services ("USCIS") on February 15, 2007.

Stip to Withdraw Motion for Prelim. Inj. & Extend Dates
C 06-7422 PJH

1    4. Accordingly, in order to allow sufficient time for USCIS to complete its adjudication of Plaintiff's Form I-730 petition, and to determine whether this matter can be resolved without further litigation, the parties stipulate to withdrawal of Plaintiff's Motion for Preliminary Injunction, which was scheduled for a hearing on February 14, 2007, and request that the Court extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendant's Answer: | March 1, 2007 |
| Last day to file Joint ADR Certification: | March 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 28, 2007 |
| Case Management Conference: | April 5, 2007, at 2:30 p.m. |

Date: December 29, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Date: December 29, 2006

_____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/3/07

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Withdraw Motion for Prelim. Inj. & Extend Dates
C 06-7422 PJH