1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  INDERJIT SINGH,                         )
                                            )  No. C 06-7422 PJH
                 Plaintiff,                 )
14                                          )
           v.                               )  **STIPULATION TO DISMISS AND**
15                                          )  **[P~~ROPOSED~~] ORDER**
    EMILIO T. GONZALEZ, Director,           )
16  United States Citizenship and Immigration )
    Services;                               )
17                                          )
                 Defendant.                 )
18  _____ )

19      Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

20  record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the

21  Defendant has issued the requested travel documents to Plaintiff's wife.

22      Each of the parties shall bear their own costs and fees.

23  Date: February 28, 2007                      Respectfully submitted,

24                                               SCOTT N. SCHOOLS
                                                 United States Attorney
25

26

27                                                      /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney
28                                               Attorneys for Defendant

Stip to Dismiss
C 06-7422 PJH

1
2  Date: February 28, 2007                             /s/
                                        JONATHAN KAUFMAN
3                                       Attorney for Plaintiff
4
5                              **ORDER**
6      Pursuant to stipulation, IT IS SO ORDERED.
7
8  Date:  3/2/07
9                                       _____
                                        PHYLLIS J. HAMILTON
10                                      United States District Judge



Stip to Dismiss
C 06-7422 PJH